```
1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Richard R. Barker
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767
```

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 16 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:22-CR-0100-TOR |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio.: 18 U.S.C. §§ 81, 1153 |
| ANNIE JOE ALVA YALLUP, | Arson in Indian Country |
| Defendant. | |

The Grand Jury charges:

On or about July 21, 2022, in the Eastern District of Washington, within the external boundaries of the Colville Indian Reservation, in Indian Country, the Defendant, ANNIE JOE ALVA YALLUP, an Indian, did willfully and maliciously

/

/

/

/

INDICTMENT – 1

set fire to and burn a dwelling located at 4605A State Route 155 in Nespelem, Washington, in violation of 18 U.S.C. §§ 81, 1153.

DATED this 16TH day of August 2022.

A TRUE BILL

Foreperson

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Richard R. Barker*
Richard R. Barker
Assistant United States Attorney

INDICTMENT – 2