UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Yallup, Annie Joe Alva | Docket No. | 0980 2:22CR00100-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Jonathan C Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Annie Joe Alva Yallup, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on January 31, and March 24, 2023 under the following conditions:

**Standard Condition #10:** Defendant shall refrain from the unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, Unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Standard Condition #1:** Defendant shall participate in outpatient treatment and follow all treatment recommendations of treatment and Pretrial Services.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 27, 2023, Ms. Yallup's conditions of pretrial release were reviewed and she signed said conditions acknowledging she understood her requirements.

**Violation #1:** It is alleged that Ms. Yallup violated the conditions of pretrial release by using methamphetamine on or about April 23, 2023.

**Supporting evidence:** Specifically, on March 25, 2023, the undersigned made contact with Ms. Yallup at her residence. Approximately 30 minutes before arriving to Ms. Yallup's residence, she was informed a urinalysis would be collected. Upon arrival Ms. Yallup informed the undersigned that she would be unable to provide a urinalysis sample though she did admit to the undersigned, and via a written document, that she last used methamphetamine on or about April 23, 2023.

**Violation #2:** It is alleged that Ms. Yallup violated the conditions of pretrial release by failing to commence outpatient treatment.

**Supporting evidence:** On March 25, 2023, Ms. Yallup was successfully discharged from inpatient treatment. On April 11, 2023, Ms. Yallup attended an initial treatment session at Okanogan Behavioral Health (OBH). On April 26, 2023, the undersigned spoke with OBH staff in which it was reported that Ms. Yallup missed a follow up appointment on April 18, 2023, in which she did not contact them to offer explanation. OBH further reported that Ms. Yallup has failed to contact them for a follow up appointment. It should be noted, the undersigned has consistently reminded Ms. Yallup the importance of commencing outpatient treatment. On April 26, 2023, Ms. Yallup reported that she now has an appointment with OBH on May 4, 2023.

    PRAYING THAT THE COURT WILL ORDER A SUMMONS

PS-8
Re: Yallup, Annie Joe Alva
May 1, 2023
Page 2

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   May 1, 2023

by   s/Jonathan C. Bot

Jonathan C. Bot
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

5/2/23

Date