# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 08, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Yallup, Annie Joe Alva | Docket No. | 0980 2:22CR00100-TOR-1 |

## Petition for Action on Conditions of Pretrial Release

   COMES NOW  Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Annie Joe Alva Yallup, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 24th day of March 2023, under the following conditions:

**Standard Condition #1:** Defendant shall participate in outpatient treatment and follow all treatment recommendations of treatment and Pretrial Services.

   RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 27, 2023, Ms. Yallup's conditions of pretrial release were reviewed and she signed said conditions acknowledging she understood her requirements.

**Violation #3:** It is alleged that Ms. Yallup violated the conditions of pretrial release by failing to commence outpatient treatment and specifically, failing to attend a treatment appointment on May 4, 2023.

As reported on violation number 2, on the petition dated May 1, 2023, Ms. Yallup was scheduled to attend a substance abuse treatment appointment on May 4, 2023, at Okanogan Behavioral Health (OBH). On May 4, 2023, OBH staff left a voicemail with the undersigned officer stating that Ms. Yallup failed to show for her scheduled appointment at 2 p.m., and/or contact them to offer an explanation as to why. On May 8, 2023, the undersigned contacted OBH and it was reported that Ms. Yallup has still not contacted them and no appointment is currently scheduled. It should be noted, prior to her scheduled 2 p.m. appointment at OBH, on May 4, 2023, the undersigned sent text messages to Ms. Yallup and attempted to contact her via telephone to inquire as to what time she would be leaving home for her scheduled appointment.  Those text messages went unreturned and telephone calls were not answered.

### PRAYING THAT THE COURT WILL ORDER A WARRANT

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on:   May 8, 2023 |
| by | s/Jonathan C. Bot |
|   | Jonathan C. Bot<br>U.S. Pretrial Services Officer |

Re: Yallup, Annie Joe Alva
May 8, 2023
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

5/8/23
_____
Date